**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DIODE DYNAMICS, L.L.C,

Plaintiff,

vs.

5DLIGHT, INC., d/b/a LASFIT, and ONE MORE AUTO PARTS INC.

Defendants.

---

5DLIGHT, INC., d/b/a LASFIT, and ONE MORE AUTO PARTS INC.

Counterclaimants.

vs.

DIODE DYNAMICS, L.L.C,

Counterdefendant.

Case No. 5:23-cv-02238 WLH-DMK

Judge: Hon. Wesley L. Hsu
Hon. Diana M. Kwok

**ORDER ON JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE [141]**

**~~PROPOSED~~ ORDER**

The Court, having reviewed the Parties' Joint Stipulation for Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and good cause appearing therefore, hereby **ORDERS** that the Stipulation is **APPROVED**.

**IT IS FURTHER ORDERED** that all claims and counterclaims asserted in this action are dismissed with prejudice.

**IT IS FURTHER ORDERED** that each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: August 18, 2026

Hon. Wesley L. Hsu
United States District Judge